# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

CRAIG ALFORD

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- DAVID PENCHISHIN;
EDWARD J. BOSCOLA, DEPUTY WARDEN
OF CLASSIFICATION; GRIEVANCE
SUPERVISOR; CPT. COLLINS; GARRY
HADLE

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial Demand
By Plaintiff

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: CRAIG ALFORD
- All other names by which you have been known: ___
- ID Number: 30285
- Current Institution: NCP
- Address: 666 WALNUT ST.
  - City: EASTON
  - State: PA
  - Zip Code: 18042

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: DAVID PENCHISHEN
- Job or Title (if known): WARDEN
- Shield Number: N/A
- Employer: NORTHAMPTON COUNTY JAIL
- Address: 666 WALNUT ST.
  - City: EASTON
  - State: PA
  - Zip Code: 18042
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: GARRY HAIDLE
- Job or Title (if known): WARDEN
- Shield Number: N/A
- Employer: MONROE COUNTY JAIL
- Address: 4250 MANOR DRIVE
  - City: STROUDSBURG
  - State: PA
  - Zip Code: 18360
- [✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: EDWARD J. BOSCOLA
  Job or Title (if known): PRESIDENT/CHAIR - JAIL ADVISORY BOARD
  Shield Number: N/A
  Employer: NORTHAMPTON COUNTY JAIL
  Address: 666 WALNUT ST.
  City: EASTON   State: PA   Zip Code: 18042
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: JANE/JOHN DOE - SIGNATURE ILLEGIBLE
  Job or Title (if known): DEPUTY WARDEN OF CLASSIFICATION
  Shield Number: N/A
  Employer: NORTHAMPTON COUNTY JAIL
  Address: 666 WALNUT ST.
  City: EASTON   State: PA   Zip Code: 18042
  [✓] Individual capacity   [✓] Official capacity

NOTE: SEE SIGNATURE ON NCP FORM 170 AND NOONE (STAFF) WOULD TELL ME THE NAME

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A. Are you bringing suit against (check all that apply):
     [ ] Federal officials (a *Bivens* claim)
     [✓] State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  I'M STATING A 1ST AMENDMENT RETALIATION CLAIM AGAINST THESE OFFICIALS RESULTING IN 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT. I HAD A RIGHT TO NOT BE RETALIATED UPON FOR EXERCISING MY RIGHTS

  C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

CONT. (B)

**DEFENDANT NO. 5**

NAME: JANE/JOHN DOE - SIGNATURE UNLEDGABLE
JOB: GRIEVANCE SUPERVISOR
SHIELD#: N/A
EMPLOYER: NCP                    INDIVIDUAL/OFFICIAL CAPACITY
ADDRESS: 666 WALNUT ST
         EASTON, PA 18042
NOTE: SEE SIGNATURE ON NCP FORM-169 AND NOONE WILL TELL ME THE NAME

**DEFENDANT NO. 6**

NAME: CAPT. DAVID C. COLLINS, SR.
JOB: ADMINISTRATOR OF SECURITY
SHIELD: #4
EMPLOYER: NCP                    INDIVIDUAL/OFFICIAL CAPACITY
ADDRESS: 666 WALNUT ST.
         EASTON, PA 18042

CONT. II (D)

ASK NUMEROUS TIMES TO GARRY HAUCK AND WARDEN PEIGHTSHEA WHO ACTED UNDER COLOR OF LAW AND DIDN'T REPLY AT ALL. I FILED A WRIT @ A. TORO V. PEIGHTSHEA #K122 MIDDLE DISTRICT, I ALSO WROTE CAPT. COLLINS WHO ACTED UNDER COLOR OF LAW AND ALSO DENIED ME RELIEF ON MY 1ST AMEND. RETALIATION CLAIM (SEE EXHIBIT (D))

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. ON 10·30·20 I STARTED A GRIEVANCE (SEE EXHIBIT A) EXPLAINING THIS UNCONSTITUTIONAL RETALIATION TRANSFER, THE GRIEVANCE SUPERVISOR ACTED UNDER COLOR OF LAW AND DENIED MY CLAIMS, I APPEALED (SEE EXHIBIT(B)) THE DEPUTY WARDEN OF CLASSIFICATION ACTED UNDER COLOR OF LAW AND DENIED MY CLAIM, I APPEALED (SEE EXHIBIT C) THEN THE JAIL ADVISORY BOARD DENIED MY CLAIM ACTING UNDER COLOR OF LAW, I HAVE

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[✓] Other *(explain)* CASE OUT OF MONROE / NOT NORTHAMPTON

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
ON 10·9·20 MY CLAIM AROSE BY GARRY HADLE WHO TRANSFERRED ME OUT OF MONROE COUNTY — GENERAL POP C·POD #32 AND TRANSFERRED ME TO NCP BECAUSE I WAS EXERCISING A FEDERALLY PROTECTED RIGHT - ACCESS TO COURT

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
PER EXHIBIT "E" SINCE I CAME INTO THIS FACILITY I'VE BEEN NOTIFYING THESE OFFICIALS OF THIS RETALIATION TRANSFER AND MY CLAIMS OF 1ST AMENDMENT RETALIATION STARTED WHEN NOONE @ NCP WANTED TO TAKE A BLIND EYE TO REMEDY SINCE 10·13·20

Page 4 of 11

ON (2) OCCASIONS I WROTE CAPTAIN COLLINS THAT MY TRANSFER TO THIS JAIL IS UNCONSTITUTIONAL AND PRISON OFFICIALS WILL FAIL TO SHOW A LEGITIMATE INTEREST THAT JUSTIFIED THE TRANSFER BECAUSE I WAS FOLLOWING THE RULES AND WAS NOT A SECURITY RISK, AND I'M TRANSFERRED FOR USING GRIEVANCE SYSTEM, ASSISTING OTHER INMATES AND IT WAS UNCONSTITUTIONAL TO TRANSFER ME AND I'M ENTITLED TO RELIEF TO BE AWARDED COMPENSATORY AND PUNITIVE DAMAGES ALL BECAUSE I EXERCISE MY CONSTITUTIONAL RIGHTS AND THAT DEFENDANTS DID NOT CONSIDER MY LOSS IN LITIGATING ALL FOR OUTGOING CORRESPONDENCE I HAVE A RIGHT TO SHOW THAT THIS TRANSFER WAS MOTIVATED BY EVIL INTENT AND RECKLESS OR CALLOUS INDIFFERENCE TO FEDERAL PROTECTED RIGHTS TO THIS BE IT 23+1 LOCK UP WHEN I WAS GEN. POP. C MOVEOS THAT I WAS ENGAGING IN PROTECTED CONDUCT, HADE, DORCHESTER AND THIS INSTITUTION TAKING ADVERSE ACTION AGAINST US, THERES A CAUSAL CONNECTION BETWEEN THESE ELEMENTS MAKING A SHOWING OF U.S. CONST. AMEND. 1 RETALIATION CLAIM. CAPT COLLINS DENIED ME RELIEF AND I TOLD HIM I WAS HERE BUT NO REPLY, I DON'T AGREE TO BEING CONFINED HERE ON NOV. 16 I TOLD HIM VERBALLY AND SEE EXHIBIT (D) TO HE ACTED UNDER COLOR OF LAW AND ALL THESE AUTHORITIES (OUT) OF PERSONS NY 1st. AMEND RETALIATION CLAIM, BUT DID NOTHING BUT TO GIVE ME RELIEF

C. What date and approximate time did the events giving rise to your claim(s) occur?

OCTOBER 9, 2020 @ 8AM WHEN I WAS TRANSFERED TO NCP FROM MONROE COUNTY BY NOT-AT-AUTOL SHERIFFS

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WAS PURSUING THE COURT @ COMM. V. ALFORD, 929-2020), ALFORD V. HADLE, #1427, LORA, ETEI. V. BAYLOR, #1787, AND WAS WRITING NAACP, U.S. D.O.J., IA, FBI, ACLU, JUDICIARY BOARD, AND THE MEDIA OF THE UNCONSTITUTIONAL ACTIONS OF HADLE, BAYLOR, SGT. ARMOND, AND MAHER WHO WAS CONSPIRING TO VIOLATE CIVIL RIGHTS AND AFTER SERVICE ON 10-8-20 TO AD 399 LOANED OF THE SERVICE OF SUMMONS TO DEFENDANTS WHO TRIED TO

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I'VE TALKED TO THE PSYCHIATRIST JACKIE AT NCP ABOUT THIS WHO HAS ALSO SENT AN EMAIL TO DAVID PEICHISHEL, I'M TAKING VISOREL NOW AND THIS MENTAL AMBUSH IS JUST MUCH, I CANNOT EVEN GET A DECENT PEN FOR THESE PEOPLE MESSING WITH MY MIND AND LOCKING ME DOWN

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

FOR DEFENDANTS TO PAY FOR THE COST OF THIS CIVIL ACTION, TO HAVE ME TRANSFERED BACK TO MONROE COUNTY GEN POP CELL #32 C.POD WHERE I WAS AT BEFORE THIS UNCONSTITUTIONAL TRANSFER, $10,000 IN COMPENSATORY AND $10,000 IN PUNITIVE DAMAGES FROM (ea) DEFENDANTS HADLE, PEICHISHEL, BOSCOLA, CPT. COLLINS, DEPUTY WARDEN JONKIN, doe DEPUTY WARDEN OF CLASSIFICATION, prekin doe GRIEVANCE SUPERVISOR WHO I HAVE ASK FOR (OFFICER D'ANGELO, DOUGLAS, INMATES) + DON'T KNOW

[left margin: I WOULD ALSO REQUEST THIS COURT DEEMS JUST]

RETURN TO ME AND I INSTRUCTED TO SEEK THEIR COUNSEL. ON 10.9.20 I WAS TRANSFERRED TO NORTHAMPTON COUNTY JAIL BY WARDEN HAIDLE AS THIS WAS NOTHING BUT A 1ST AMEND. RETALIATION TRANSFER SO I WROTE MR. HAIDLE NUMEROUS LETTERS STATING ITS UNCONSTITUTIONAL TO PUNISH/TRANSFER FOR EXERCISING ONES FEDERAL RIGHTS AND THAT HE CANNOT ABRIDGE OR IMPAIR A PRISONERS RIGHT TO THE COURTS AS I WAS HAVING OTHERS @ LYRA, et al v. BAYLOR, et al. #1787. ON 10.12.20 I WROTE WARDEN PEICHSTEL A LETTER AND NUMEROUS REQUEST ABOUT THIS 1ST AMEND. RETALIATION CLAIM BUT I DID NOT GET A REPLY AND THIS ON 2EACH EXP. ON OCT. 24 (EXHIBIT "A") I FILED A GRIEVANCE NOTIFYING NCP AUTHORITIES THAT MY TRANSFER WAS A RETALIATION SEEKING RELIEF, ON OCT. 26 THE GRIEVANCE SUPERVISOR UNSIGNED STATED MY MATTER IS NOT GRIEVABLE ACTING UNDER COLOR OF LAW SO I APPEALED ON 10.30.20 (SEE EXHIBIT "B") AGAIN ABOUT MY 1ST AMEND RETALIATION CLAIM THAT I'M NOT SUPPOSE TO BE HERE THAT HAIDLE IS CONSPIRING WITH PEICHTSHEI RETALIATING AND HARASSING ME FOR EXERCISING THE RIGHT TO ACCESS TO THE COURT AND THAT THERE WILL BE NO IMMUNITY DEFENSE IF THEY DO NOT TRANSFER ME BACK SEEKING RELIEF AND ON NOV. 6 DEPUTY WARDEN OF CLASSIFICATION DENIED ME RELIEF ACTING UNDER COLOR OF SORE LAW... ON 11.8.20 I APPEALED TO THE FINAL LEVEL (SEE EXHIBIT) GOVERNING MY 1ST AMEND RETALIATION CLM (SEE EXHIBIT "C") THAT I AM A U.S. CITIZEN, PRETRIAL DETAINEE AND SHOULD BE RETURNED TO MONROE AND I SOUGHT DAMAGES/RELIEF AND ON NOV 24 EDWARD J. BOSCOLA ACTING UNDER COLOR OF LAW DENIES ME GIVING ONE LAW AID OF THEN NOT EQUAL PROTECTION IMMUNITY AND MR. BOSCOLA DENIED ME RELIEF WHICH EXHAUSTED MY GRIEVANCE PROCESS (SEE EXHIBIT "E")

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MONROE COUNTY JAIL THEN NORTHAMPTON COUNTY WHERE I AM NOW ON 10.9.20

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL CLAIMS 1ST AND 8TH AMEND VIOLATIONS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? TO WARDEN HADLE @ MONROE COUNTY BUT NO REPLY, @ NORTHAMPTON COUNTY JAIL (SEE EXHIBIT A—E) (E) BEING SCSPD TAKEN TO EXHAUST

2. What did you claim in your grievance? I STATED A 1st AMEND RETALIATION CLAIM, THAT I SHOULD NOT BE HERE BECAUSE I EXERCISE A RIGHT TO ACCESS TO THE COURT, TO TRANSFER ME BACK BECAUSE OF THIS UNCONSTITUTIONAL TRANSFER, $10,000 IN COMPENSATORY, $10,000 IN PUNITIVE DAMAGES

3. What was the result, if any? QUALIFIED IMMUNITY / ALL WILL NOT BE PROTECTED BY 8/.

DENIED AT ALL LEVELS

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I APPEALED TO A FINAL DECISION BY THE JAIL ADVISORY BOARD, ALL APPEALS ENCLOSED AS EXHIBIT A—E ATTACHED THAT I EXHAUSED... THE GRIEVANCE PROCESS IS COMPLETED... SEE ENCLOSURES

Page 7 of 11

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*SEE ENCLOSURES, AND I ALSO TRIED AND SOUGHT HELP WITH CPC CALLS AND OTHERS "" NOTHING AT ALL REPLY/*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) */EXHIBIT A—F PROVIDE EXHAUSTION OF ADMINISTRATIVE REMEDIES*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/1/20

Signature of Plaintiff: Craig Alford
Printed Name of Plaintiff: Craig Alford
Prison Identification #: 30325
Prison Address: 6066 Walnut St.
Easton, PA 18042

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____