

# County of Northampton
# Department of Corrections

## Inmate Grievance (GRS)

**Date Submitted:** 10-24-2020

**Shift Supervisor Initials:** LT Miller

**Supervisor Badge#:** 575

**To:** Grievance Supervisor

**From:** Alford, Craig
(Inmate Name - **PRINT**)

**Perm#:** 30335   **Housing Unit:** G   **Cell#:** 5

### Instructions:

1. Before writing this grievance, please take any possible action to resolve this matter. Contact your block officer or submit a request slip to your counselor or a shift supervisor. On many occasions your problem can and will be quickly resolved. Use the Inmate Grievance Form as the last resort.

2. You will usually receive an interview with the grievance supervisor within a few days. You may also receive a written response. In any case, you will receive a response within ten (10) days.

3. If more than one person writes the same complaint at the same time, a representative will be chosen.

4. Do **not** use this form:
   a. As a request or suggestion.
   b. As a "petition" (more than one person signing).
   c. As a "grievance" against any other inmate(s).
   d. For matters concerned with challenge of or review of disciplinary action.
   e. Use a request form for the above.
   f. As a "Medical Grievance" A different form is available. 1ST AMEND. RETALIATION CLAIM

**State your complaint:** MY TRANSFER FROM MONROE COUNTY JAIL TO THIS FACILITY WAS UNCONSTITUTIONAL AND INTENT WAS TO OPPRESS, HARASS, INJURE, INTIMIDATE FOR EXERCISING OTHER FEDERAL PROTECTED RIGHTS SECURED BY THE UNITED STATES CONSTITUTION AS A U.S. CITIZEN. (SEE 42 U.S.C.S. §1985(1)(2)(3); 18 U.S.C.S §241, §242, (§245-ENFORCEMENT) AM I STATE A CIVIL RIGHTS VIOLATION TO ABRIDGE OR IMPAIR A PRISONERS RIGHT TO ACCESS TO THE COURT FROM A NON-PROXIMATE INMATE AS A PRETRIAL DETAINEE. THIS TRANSFER TO NORTHAMPTON COUNTY IS THE DIRECT EVIDENCE THAT PRISON OFFICIALS RETALIATED AGAINST ME TO HARASS A PRISONER FOR EXERCISING THE RIGHT TO ACCESS TO THE COURT, RETALIATION FOR EXERCISING CONSTITUTIONAL RIGHTS AND MY FILINGS @ ALFORD v. HAIDLE, et al., LORD et al. v. BAYLOR et al. (COMM. v. ALFORD RESULTING IN FILING THESE RETALIATORY TRANSFER AND UNFORESEEN FUTURE ACTIONS AS A RESULT THIS SHOULD OF NOT BEEN ALLOWED...
RELIEF SOUGHT: TO BE IMMEDIATELY TRANSFERRED BACK TO MONROE COUNTY JAIL AND $10,000 IN PUNITIVE DAMAGES FOR RETALIATORY TRANSFER $10,000 IN COMPENSATORY AND

**Signed:** Craig Alford   **Perm#:** 30335
(Inmate Name - **SIGN**)
TO PAY FOR COST IN ANY CIVIL COMPLAINT FILED...

**THIS FORM WILL ONLY BE ACCEPTED BY THE GRIEVANCE SUPERVISOR IF FIRST REVIEWED BY A SHIFT SUPERVISOR**

DO NOT WRITE BELOW THIS LINE – USE REVERSE SIDE IF NECESSARY

**Name:** _____   **Date:** _____

White (Original): Grievance Supervisor    Yellow (Copy): Inmate

Form Number: NCP-167
Revised: June 1, 2018

EXHIBIT "A"

# Northampton County
## Department of Corrections

## GRIEVANCE REVIEW SYSTEM RESPONSE

TO:  **Alford, Craig**          30335      Grievance Register No. **96-2020**
     (Inmate Name)      and    (Perm No.)

        G                  05          Date: **26 October 2020**
 (Housing Unit)         (Cell No.)

I have received your grievance and my response is as follows:

I have reviewed your grievance dated 24 October 2020 and have found it NOT GRIEVABLE. Please write Monroe County to resolve this matter.

_____
(Grievance Supervisor)

_____ Inmate received a copy of this response and did not wish to appeal.

_____ Inmate given or sent a copy of appeal form (NCP Form No. NCP-169)

White: Grievance Supervisor     Yellow: Inmate

NCP Form No. NCP-168

UNGRIEVABLE

**Northampton County of Northampton**
**Department of Corrections**

# GRIEVANCE REVIEW SYSTEM APPEAL

Alford, Craig  #30335                     Grievance Register No. 96-2020
(Inmate Name) and (Perm Number)

                 G-05                     Date: 10-30-2020
(Housing Unit)   (Cell)

I wish to appeal the decision of the grievance supervisor. My reason for the appeal is as follows: THIS IS A 1ST AMENDMENT RETALIATION CLAIM... HER/HIS REPLY IS VAGUE AND AMBIGUOUS AND MY GRIEVANCE WAS NOT EVEN REPLIED TO... ITS UNCONSTITUTIONAL TO RETALIATE (OPPRESS, HARASS, INJURE, OR INTIMIDATE) BECAUSE A PRETRIAL DETAINEE EXERCISES ONES FEDERALLY PROTECTED RIGHTS... ITS UNCONSTITUTIONAL TO PUNISH/OR TRANSFER A NON-PROBLEMATIC INMATE WHO DID NOTHING BUT FILE LEGAL MATERIAL AND HELP OTHERS, AND THIS TRANSFER IS THE DIRECT EVIDENCE AND THE (LAW) CLEARLY STATES/ESTABLISHES THAT PRISON OFFICIALS MAY NOT RETALIATE AGAINST OR HARASS A PRISONER FOR EXERCISING THE RIGHT TO ACCESS TO THE COURT AND THERE IS NO IMMUNITY DEFENCE... (SEE BRIDGES V. GILBERT, 557 F.3d 541; HILL V. LAPPIN, 630 F.3d 468; OPINION BY HON. JAN E. DUBOIS - 3RD CIRCUIT IN CASTLE V. CLYMER, 15 F.Supp. 2d 640; OWEN V. SHANNON, 808 A.2d 607; CAMPBELL V. LEMMA, 1994 U.S. DIST. LEXIS 6229; THADDEUS-X V. BLATTER, 175 F.3d 378 - MADE SUFFICIENT SHOWING OF EACH ELEMENT OF A U.S. CONSTITUTION AMEND. 1 RETALIATION CLAIM AND SURVIVE AND/VOTED FOR SUMMARY JUDGEMENT; FRAZIER V. DUBOIS, 922 F.2d 560; WILLIAMS V. BROWN, 347 FED. APPX. 429; BOONE V. BROWN, 2005 U.S. DIST. LEXIS 18131; ~~OWENS V. SHANNON 808 A.2d 607~~ ITS BECOMING CRIMINAL - VIOLATION OF CIVIL RIGHTS 18 U.S.C.S§ 241, 242, 245; 42 U.S.C.S. §1985(1)(2)(3) - SEE JOHNSON V. MISSISSIPPI, 421 U.S. 213; U.S. V. MATTSON, 600 F.2d 1295... RELIEF SOUGHT: ~~TO BE TRANSFERED BACK TO MONROE COUNTY JAIL~~ $10,000 IN COMPENSATORY AND $10,000 IN PUNITIVE DAMAGES FOR RETALIATION TRANSFER COGNIZABLE UNDER §1982 - 1ST AMEND. RETALIATION CLAIMS...

CRAIG ALFORD  #30335
(Inmate Name) and (Perm Number)

White: Grievance Supervisor     Yellow: Inmate

EXHIBIT 'A'

NCP Form No. NCP-169

Northampton County
Department of Corrections

# GRIEVANCE REVIEW SYSTEM DEPUTY WARDEN RESPONSE

TO:   Alford, Craig  # 30335            Grievance Register No. 96-2020
      (Inmate Name) and (Perm No.)

|  G  |  05  |  Date:  6  November  20  |

(Housing Unit)        (Cell)

I have reviewed your grievance and my response is as follows to your grievance appeal received 3 November 20 2020. In your grievance you claim that the jail is committing a 1st amendment retaliation due to the fact that you were transferred from Monroe County. Monroe County has requested that we house you at this time. The Northampton County Department of Corrections is only housing you at the request of Monroe County. As advised by the grievance supervisor, please defer any questions or concerns you have regarding the location of your current incarceration with Monroe County. The Northampton County DOC is currently only housing you at their request.

Therefore, I am upholding the decision of the grievance supervisor and your appeal is DENIED.

_____
(Deputy Warden of Classification)

White: Inmate Classification file    Yellow: Inmate    Pink: Deputy Warden

NCP Form No. NCP-170

# Northampton County
## Department of Corrections

**GRIEVANCE REVIEW SYSTEM REQUEST FOR SOLICITOR REVIEW**

Alford, Craig  #30335
(Inmate Name) and (Perm No.)

Grievance Register No. 96-2020

G                5
(Housing Unit)     (Cell)

Date: 11-8-2020

I request review of the decision of the Deputy Warden. I received notice of his decision on 11·7·20. The date of this request is 11·8·20. I certify that there are valid grounds for this review. The following statements, which form the basis of this Appeal, are true:

I WAS TRANSFERED HERE FOR RETALIATORY REASONS/ 1ST AMEND. RETALIATION CLAIM — DUE TO ME EXERCISING A FEDERAL PROTECTED RIGHT @ LORA, et al v. BAYLOR, et al. #1787; ALFORD V. HANDLE, et al. #1427; COMM. V. ALFORD # 929-2020 AND HELPING OTHER INMATES IN A COURT OF LAW... THIS TRANSFER HELD NO PENOLOGICAL JUSTIFICATION AS I WAS ON C·POD #32 IN GENERAL POPULATION (NOT PROBLEMATIC) AND THE LAW CLEARLY STATES IT'S UNCONSTITUTIONAL TO TRANSFER BECAUSE I SOUGHT ACCESS TO THE COURT TO REDRESS M/ GRIEVANCE... IF I WOULD OF NOT FILED ANYTHING IN COURT THIS TRANSFER WOULD OF NOT OCCURED, WHEREFORE, M/ GRIEVANCE SHOULD OF NEVER BEEN DENIED BUT GRANTED OR THIS FACILITY COMMIT FEDERAL CRIMES ( 42 U.S.C.S. 1985(1)(2)(3); 18 U.S.C.S. §241, §242 §245 AUTHORIZES A.G. TO PROSECUTE) — VIOLATION TO VIOLATE CIVIL RIGHTS TO OPPRESS, THREATEN, INJURE OR INTIMIDATE WITH (2) OR MORE (HANDLE AND PANCHISHEN) CONSPIRE AGAINST CIVIL RIGHTS... I AM A U.S. CITIZEN/ PRETRIAL DETAINEE AND I SUBMIT THIS TRANSFER WAS A RETALIATORY TRANSFER THAT WAS UNCONSTITUTIONAL AND #X DID NOT APPLY/...

RELIEF SOUGHT — TO BE IMMEDIATELY TRANSFERED BACK TO MONROE COUNTY C·POD GENERAL POPULATION WHERE I WAS AT BEFORE I CAME HERE OR I STATE A 1ST AMEND. RETALIATION CLAIM THAT'S COGNIZABLE UNDER 1983 THAT THIS FACILITY WILL NOT BE ABLE TO GET QUALIFIED IMMUNITY; AND I SEEK $10,000 IN PUNITIVE AND $10,000 IN COMPENSATORY DAMAGES... (SEE CASE LAW AND STATUTORY PROVISIONS)

CRAIG ALFORD  #30335
(Inmate Name) and (Perm No.)

*IM ENTITLED TO RELIEF BY LAW... CASTLE V. CLYMER, 15 F.SUPP. 2.d 640; CAMPBELL V. LEHMAN, 1994 U.S. DIST. LEXIS 6229; BRIDGES V. GILBERT, 557 F.3d 541; HILL V. LAPPIN, 630 F.3d 468; ...

White: Inmate Classification file    Yellow: Inmate    Pink: Solicitor

(NOTE) PLEASE READ CASE LAW. YOU WILL NOT BE PROTECTED BY QUALIFIED IMMUNITY...

NCP Form No. NCP-171

EXHIBIT "C"



**Northampton County
Department of Corrections**

# GRIEVANCE REVIEW SYSTEM
# JAIL ADVISORY BOARD RESPONSE

TO:   Alford, Craig  #30335            Grievance Register No. 96-2020
      (Inmate Name) and (Perm No.)

                                       Date:  November 24, 2020

| G | 5 |
|---|---|
| (Housing Unit) | (Cell) |

The Jail Advisory Board acknowledges receipt of a request from Mr. Alford dated November 6, 2020 appealing the decision of the Deputy Warden denying the above referenced grievance.

The matter is in regard to Mr. Alford's transfer from Monroe County. It is the Board's understanding that your transfer to Northampton County occurred at the request of Monroe County. Therefore, any concerns you may have should be directed to the Monroe County Correctional Institution and/or the Courts. The Board has no jurisdiction in these matters.

As such, the Board concurs with the decision of the Deputy Warden and your appeal of the grievance is denied.

*Edward J Boscola*

(Representative Jail Advisory Board)

White:  Inmate Classification file     Yellow:  Inmate     Pink:  Jail Advisory Board

NCP Form No. NCP-170B DRAFT



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS
666 WALNUT STREET
EASTON, PENNSYLVANIA 18042

To: Inmate Alford, Craig #30335 (F-05)

From: Administrator of Security (Captain), David C. Collins, Sr. #4

Date: 16 Nov 2020

Subject: Request to be returned back to Monroe DOC

---

Mr. Alford,

When an inmate is 7X'd to and from two separate DOC's. it is due to an agreement between both facilities.

In your quest to return back to Monroe DOC, it is up to that agency to pick you up and return you back to MCP.

I would suggest; that you convey with your legal counsel if you wish to return.

Thank you,

Capt. D. Collins #4

EXHIBIT "D"

1ST AMEND. RETALIATION CLAIMS..

# DEPARTMENT OF CORRECTIONS
## NORTHAMPTON COUNTY PRISON
666 Washington Street
Easton, PA 18042

gem1846@yahoo.com

## GRIEVANCE APPEAL SYSTEM FLOW SHEET

INMATE COMPLAINT (FORM NO. NCP-167) ✓

⇩

GRIEVANCE SUPERVISOR (10 DAYS TO RESPOND) ✓

⇩

RETURNS TO INMATE FORM NO. NCP-168
(CAN APPEAL WITHIN 5 DAYS, FORM NO. NCP-169) ✓

⇩

APPEALS TO <u>DEPUTY WARDEN OF CLASSIFICATION</u>
<u>DEPUTY WARDEN HAS 21 DAYS TO RESPOND (FORM NO. NCP-170)</u> ✓

⇩

RETURNS TO INMATE,
INMATE HAS 3 DAYS TO APPEAL (FORM NO. NCP-171) (?) ✓

⇩

APPEAL TO JAIL ADVISORY BOARD,
JAIL ADVISORY BOARD HAS 45 DAYS TO RESPOND

SUBMITTED 11-8-20

⇩

DECISION = FINAL    DUE 12-23-20

12-1-20
FINAL
EXHAUSTION

EXHIBIT "E"

FED. R. APP. P. 4(c)(1)
Declaration Inmate filing

CASE WORKER - NEED AN ATTORNEY

# Department of Corrections Inmate Request

Date: 10-11-20

Cell No.: L-24 1210HEAD #5

I specifically request: I NEED AN APPLICATION FOR THE APPOINTMENT OF COUNSEL, WHILE IN THIS COUNTY ILLEGALLY... (NO CASE, CRUE OR CRIMINAL CHARGES) BUT REQUIRES ORAL FOR EXERCISING A CONSTITUTIONAL FEDERALLY PROTECTED RIGHT, THAT IS UNCONSTITUTIONAL...

Inmate Name (Print): CRAIG ALGER

Inmate Penn Number: 303355

Block Officer Reply: Correct if you have no charges in Northampton County, we are holding you for your charges in Monroe County legally. Please contract your Monroe County Attorney.

Officer's Name / Badge No. (Print): Dickler #726 (376)

Official Use Only

Forward to:
- [✓] Director
- [ ] Inmate Accounts
- [✓] Warden
- [ ] Probation Responsibility
- [ ] Treatment
- [ ] Operations
- [✓] Classification
- [ ] Pre-trial / Probation
- [ ] Records
- [ ] Lt
- [ ] Pub. Def
- [ ] CCT
- [ ] Mod

NCP Form No. NCP-139A

EXHIBIT F



CRAIG ALFORD #25835
COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

OFFICE OF THE CLERK
UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT
601 MARKET STREET
PHILADELPHIA, PA 19106

**INMATE MAIL** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.