IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG ALFORD** | : |
| *Plaintiff* | : |
| | : |
| v. | : **CIVIL ACTION NO. 20-CV-6197** |
| | : |
| **DAVID PENCHISHEN,** *et al.*, | : |
| *Defendants* | : |

**O R D E R**

**AND NOW**, this 12th day of April, 2021, upon consideration of Plaintiff Craig Alford's *motion to proceed in forma pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 8), and *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons set forth in the Court's Memorandum.

2. If Alford seeks to continue with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order. If Alford fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*